■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY YOUNG, Appellant.—Judgment unanimously affirmed. Memorandum: The evidence was legally sufficient to support defendant's conviction of unlawful imprisonment in the second degree. We have examined defendant's other arguments and find them to be without merit. (Appeal from Judgment of Lewis County Court, Merrell, J.—Unlawful Imprisonment, 2nd Degree.) Present—Denman, P. J., Doerr, Green, Lawton and Davis, JJ.

■ MELLA BROWN, Respondent, v GOLUB CORPORATION, Doing Business as PRICE CHOPPER, Appellant.—Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Supreme Court abused its discretion in denying defendant's motion to dismiss plaintiff's complaint for failure to file a note of issue pursuant to defendant's demand. Plaintiff failed to establish a justifiable excuse and a meritorious cause of action *(see,* CPLR 3216 [e]; *Skeet v Rashid,* 124 AD2d 1035; *MacLeod v Nolte,* 106 AD2d 860, 861). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Dismiss Complaint.) Present—Denman, P. J., Doerr, Green, Lawton and Davis, JJ.